1  McGREGOR W. SCOTT
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED
JUN 01 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CASE NO. 1:07-mj-00132 SMS
                          )
              Plaintiff,  ) [PROPOSED] ORDER TO SEAL
                          ) CRIMINAL COMPLAINT
         v.               )
                          ) **UNDER SEAL**
STEPHANIE HOOD,           )
                          )
              Defendant.  ) SEALED
_____)

The United States having applied to this Court for an order permitting it to file its Criminal Complaint together with the Government's Application to Seal, Memorandum of Law and accompanying Declaration of Mark J. McKeon, under seal, and good cause appearing thereof,

IT IS SO ORDERED, that the above-listed documents in the above-entitled proceedings, together with the Application of the United States Attorney and the accompanying Memorandum of Law and

1  Declaration of Mark J. McKeon, shall be filed with this Court under
2  <u>seal</u> and shall not be disclosed pending further order of this
3  court.

DATED: June 1, 2007

   _____
   HONORABLE SANDRA M. SNYDER
   U.S. Magistrate Court Judge