DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHANIE KAY HOOD



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    Plaintiff,    v.    STEPHANIE KAY HOOD,    Defendant. | NO. 1:07-mj-132 SMS    STIPULATION AND ~~PROPOSED~~ ORDER FOR TEMPORARY RELEASE OF DEFENDANT FOR MEDICAL TREATMENT    Judge: Hon. Sandra M. Snyder |

IT IS HEREBY STIPULATED, by and between the parties hereto, and through their respective attorneys of record herein, that Defendant, STEPHANIE KAY HOOD, shall be granted temporary release on her own recognizance from pretrial custody at the Fresno County Jail, to the third-party custody of her father, Bruce Hood, on the following conditions:

1. Defendant shall be released from custody at the Fresno County Jail on Friday morning, June 8, 2007, any time after 11:00 a.m., for the purpose of attending an urgent medical appointment. Upon completion of the medical treatment, she shall self-surrender at the Fresno County Jail, at or before 7:00 p.m.* on the same day, June 8, 2007.

2. Defendant's travel is restricted to travel <u>directly to her medical-services provider and return travel directly to the Fresno County Jail</u> at the conclusion of treatment.

3. Defendant shall be released to the third-party custody of her father, Bruce Hood. She shall remain in the presence of Bruce Hood at all times during her release from custody except for those times when medical treatment is being conducted. Mr. Hood has previously agreed to be Defendant's third-party custodian and to comply with these conditions.

\* Defendant is to be returned to the Fresno County Jail by Bruce Hood immediately after the conclusion of her medical appointment. No stops or travel diversions (i.e., for any non-medical related purpose) are allowed. SMS

4. Defendant shall refrain from any use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription during her temporary release.

DATED: June 8, 2007        McGREGOR W. SCOTT
                           United States Attorney


                           /s/ Mark McKeon
                           MARK MCKEON
                           Assistant U.S. Attorney
                           Attorney for Plaintiff


DATED: June 8, 2007        DANIEL J. BRODERICK
                           Federal Defender


                           /s/ Carrie S. Leonetti
                           CARRIE S. LEONETTI
                           Assistant Federal Defender
                           Attorney for Defendant


**ORDER**

IT IS SO ORDERED.

DATED: 6/8/07

The Hon. SANDRA M. SNYDER
United States Magistrate Judge
Eastern District of California

PROOF OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHANIE KAY HOOD, ) <br> ) <br> Defendant. ) <br> ) | No. 1:07-mj-132 SMS |

The undersigned hereby certifies that he/she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On June 8, 2007, he/she personally served a copy of the attached:

STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY RELEASE OF DEFENDANT FOR MEDICAL TREATMENT

by personally delivering said copy to the office(es) stated below:

MARK McKEON
Assistant U.S. Attorney
Federal Courthouse Bldg.
2500 Tulare St., 4th Floor, Room 4-401
Fresno, California 93721

DATED:     June 8, 2007

_____
Connie Garcia