1  McGREGOR W. SCOTT
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone (559) 497-4000



FILED
JUN 1 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

                                          1:07CR-158

9  UNITED STATES OF AMERICA,      )   CASE NO.: 1:07-mj-00132-SMS
                                  )
10          Plaintiff,             )
                                  )
11     v.                          )   ORDER TO UNSEAL INDICTMENT
                                  )
12  STEPHANIE HOOD,                )
                                  )
13          Defendant.             )
                                  )
14  _____)

15     The complaint in this case having been sealed by Order of

16  this Court, and it appearing that there is no need for the

17  indictment or future filings in the case to be filed under sealed,

18     IT IS HEREBY ORDERED THAT:

19     1.  The indictment and all future filings shall be filed

20  unsealed and be made public record.  The complaint shall remain

21  sealed to protect the privacy interests of victims named in it.

22  Any other documents filed under seal by the clerk's office, other

23  than the complaint, shall be unsealed and made public record.

25  DATED: June 15, 2007
                                    _____
26                                  SANDRA M. SNYDER
                                    U.S. MAGISTRATE JUDGE

Indictment                          1