# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

### PRETRIAL SERVICES VIOLATION PETITION




FILED
JUN 21 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

The United States,

-vs-

**STEPHANIE HOOD**     Docket No. 07-00158 AWI

**COMES NOW** Jacob M. Scott, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Stephanie Hood, who was placed on bond by the Honorable Sandra M. Snyder, Chief U.S. Magistrate Judge, sitting in the Court at Fresno, California, on the 7th day of June, 2007, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Mail Fraud, Possession of Identification Documents; Aggravated Identity Theft; Possession of Access of Devices; and, Access Device Fraud.

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On or about June 20, 2007, the defendant left WestCare California Incorporated without permission from program staff or Pretrial Services. As a result, Ms. Hood is no longer residing at or participating in residential drug treatment, and her whereabouts are unknown to Pretrial Services.

**PRAYING THAT THE COURT WILL ORDER** a no bail bench warrant for the defendant's arrest.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Jacob M. Scott
Jacob M. Scott
Pretrial Services Officer
DATE: June 21, 2007

### ORDER

✓ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _No Bail_.

____ The Court hereby orders this ex parte motion and order be sealed.

____ The Court orders a summons be issued with an appearance date of _____.

____ The Court hereby orders this matter placed on this court's calendar on _____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____ The Court orders no action be taken.

Considered and ordered this 21st day of June, 2007, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge/U.S. District Judge

rev. 3/93

**BOND CONDITIONS:**

1. You shall be released on a $2,500 cash bond by father, Bruce Hood;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report telephonically to the Pretrial Services Agency on the first working day following your release from custody;

4. You are released to the third party custody of WestCare California Inc., and your father, Bruce Hood;

5. You shall be released from the Fresno County Jail on June 12, 2007, at 10:00a.m. to the custody of WestCare staff, for immediate transportation to the WestCare Inc facility;

6. You shall reside at and participate in the WestCare California residential drug treatment program as directed by program staff and the Pretrial Services Officer;

7. You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

8. Your travel shall be restricted to Fresno, unless otherwise approved by the Pretrial Services Officer;

9. You shall refrain from **ANY** use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner;

10. You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

11. You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer;

12. You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;

13. You shall not associate or have any contact with any possible co-defendants associated with the instant offense unless in the presence of counsel or otherwise approved in advance by the Pretrial Services; and,

13. All other previously imposed conditions of release ordered in Case 06MJ099, not in conflict with this order, shall remain in full force and effect.