DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, #252052
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHANIE K. HOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-158 AWI |
| Plaintiff, | TRANSPORTATION ORDER |
| v. | Judge: Hon. Anthony W. Ishii |
| STEPHANIE K. HOOD, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the Fresno County Sheriff's Department transport the Defendant, Stephanie K. Hood, PID # 1199795, from the Fresno County Detention Facility to Fresno Dental at 6680 N. Blackstone Street in Fresno, California for an urgent dental appointment at 8:00 a.m. on Friday March 28, 2008, and at the conclusion thereof, return Ms. Hood to the detention facility.

IT IS SO ORDERED.

**Dated:   March 21, 2008**              /s/ **Anthony W. Ishii**
                                                                UNITED STATES DISTRICT JUDGE