1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  STEPHANIE K. HOOD

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     ) NO. 1:07-cr-00158 AWI
                                   )
12 |         *Plaintiff,*          ) STIPULATION TO CONTINUE SENTENCING
                                   ) HEARING; AND ORDER THEREON
13 |     v.                        )
                                   )
14 | STEPHANIE K. HOOD,            ) Date: June 16, 2008
                                   ) Time: 9:00 A.M.
15 |         *Defendant.*          ) Judge: Hon. Anthony W. Ishii
                                   )
16 | _____)

17

18      **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled

20 for June 2, 2008, **may be continued to June 16, 2008 at 9:00 a.m.**

21      This continuance is requested by counsel for the defendant due to counsel's recent assignment to the

22 case and for defense preparation.   The requested continuance will conserve time and resources for both

23 counsel and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: May 21, 2008        By   /s/ Mark J. McKeon
MARK J. McKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: May 21, 2008        By   /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
STEPHANIE HOOD

## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 23, 2008**            /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE

Hood - Stipulation to Continue
Sentencing Hearing                     -2-