DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHANIE K. HOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00158 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| STEPHANIE K. HOOD, | Date: June 30, 2008 |
| Defendant. | Time: 9:00 A.M. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled for June 16, 2008, **may be continued to June 30, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant because counsel came into the case post-plea and needs additional time for defense preparation and investigation prior to the sentencing hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: June 10, 2008          By  /s/ Mark J. McKeon
                                  MARK J. McKEON
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


                                  DANIEL J. BRODERICK
                                  Federal Defender

DATED: June 10, 2008          By  /s/ Marc Days
                                  MARC DAYS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  STEPHANIE HOOD

## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 13, 2008**              /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE