BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

FILED

NOV 13 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>STEPHANIE HOOD,<br><br>                Defendant. | CASE NO. 1:07-CR-00158-AWI<br><br>REQUEST AND ORDER<br>EXONERATING CASH BOND |

      The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Mark J. McKeon, Assistant United States Attorney, hereby appears as counsel of record and requests that the following cash bond posted as collateral in the above-referenced matter be exonerated and the Bond returned.

     1. Cash Bond posted by Bruce E. Hood as to Stephanie Hood in the amount of $2,500.00, Receipt # 100-205008.

///

///

///

///

This request is based on the fact that the Defendant, STEPHANIE HOOD, has completed her sentence and any term of supervised release imposed by this Court.

DATED: November 13, 2015   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Mark J. McKeon
MARK J. MCKEON
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the cash bond posted for Stephanie Hood is exonerated and the Clerk of the Court is directed to return $2,500.00 cash (Receipt #100-205008) to Bruce Hood.

**IT IS SO ORDERED.**

Dated: 11-13-15

SENIOR ~~DISTRICT~~ JUDGE ANTHONY W. ISHII